**Evelyn I. HILTON, Administratrix of the Estate of David L. Hilton**

v.

**STATE of Maine.**

Supreme Judicial Court of Maine.

Argued March 12, 1980.

Decided May 19, 1980.

Smith, Elliott, Wood & Nelson, P.A. by Terrence D. Garmey (orally), Saco, for plaintiff.

William R. Stokes, Asst. Atty. Gen. (orally), Augusta, for defendant.

Before McKUSICK, C. J., and GODFREY, NICHOLS and ROBERTS, JJ.

MEMORANDUM OF DECISION.

The facts in this case are set forth in *Hilton v. State*, Me., 348 A.2d 242 (1975).

Judgment for the plaintiff in the amount of $13,105.50, rendered by the special three-judge court on remand, is affirmed without opinion by an evenly divided court.

The entry is:

Appeal denied.

Judgment affirmed.